UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SUSAN CAMPBELL. Individually, on behalf of herself and all other similarly situated current and former employees, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:17-cv-00045 |
| v. | ) ) | |
| GSP TRANSPORTATION, INC., a South Carolina Corporation, d/b/a Thrifty Rental Car Franchisee, Dollar Rental Car Franchisee and Hertz Rental Car Franchisee and JEFF SCHOEPFEL, Individually, | ) ) ) ) ) ) ) | Mag. Judge Christopher H. Steger |
| Defendants. | ) | |

## JUDGMENT

Upon due consideration, the Court finds the terms of the Settlement Agreement [Doc. 46-1] represent a fair and reasonable resolution of a bona fide dispute over wages pursuant to the Fair Labor Standards Act. Accordingly, the Parties' Joint Motion for Settlement Approval [Doc. 46] is **GRANTED**; the settlements are hereby **APPROVED**; and all claims in this action are **DISMISSED WITH PREJUDICE**. Except as otherwise provided in the Settlement Agreement, each party shall bear its own attorneys' fees and costs.

/s/ *CHRISTOPHER H. STEGER*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT
s/ John Medearis
CLERK OF
COURT